**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X        Chapter 13
**IN RE:**

                                                                          Case No: 14-40955

    **Telge Peiris & Ramya Peiris**

           **Debtor**                      **CHAPTER 13 PLAN**
-------------------------------------------------------- X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) shall pay to the trustee, inclusive of trustee fees, for a total period of **36** months, the sum of:

    **$ 46.00** commencing **April 2014** through and including **March 2017** for a period of **36** months.

2. From the payments so received, the trustee shall make disbursements as follows:

   (a) Full payments in deferred cash payments of all claims entitled to priority pursuant to 11 U.S.C. Section 507.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES, AND INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).**

    Payments to City Ntl Bk/Ocwen Loan Service account number 7192289770 secured by real property located at 399 Walker Street Staten Island, NY 10303 are current and shall be paid outside the plan.

    City Ntl Bk/Ocwen Loan Service account number 7192289788 – Under-secured Second Mortgage encumbering real property located at 399 Walker Street Staten Island, NY 10303 to be voided in an adversary proceeding. Debt to be reclassified as general unsecured debt and paid in accordance with the terms of paragraph "c" below. Debtor shall not remit any post petition payments to this creditor.

   **(c)** Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim.**

3. All lease agreements are hereby assumed unless specifically rejected as follows:

4. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), <u>less than one hundred percent (100%)</u>, the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15 of the year following the tax period.  Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

5. Title to the Debtor(s) property shall re-vest in the Debtor upon dismissal or completion of the plan <u>unless otherwise provided in the Order confirming this plan.</u>

6. Throughout the term of this plan, the Debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

/s/ **Telge Peiris**
_____
      Debtor

/s/ **Ramya Peiris**
_____
      **Joint** Debtor


Dated:  March 4, 2014

                                                       /s/ Gus Michael Farinella
                                                       _____
                                                       Gus Michael Farinella
                                                     Attorney for Debtor