**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**-------------------------------------------------- X**          Chapter 13
**IN RE:**

                                                                                             Case No: 14-40955

      **Telge Peiris and Ramya Peiris**

               **Debtors.**
**-------------------------------------------------- X**

## NOTICE OF MOTION TO DISALLOW CLAIM NUMBERS 10 and 11 FILED BY THE STATE OF NEW JERSEY – DIVISION OF TAXATION

      **PLEASE TAKE NOTICE**, that upon the annexed Motion of the Debtors by and through their Attorney Gus Michael Farinella, Esq. of the Law Offices of Gus Michael Farinella. P.C., the undersigned will move before the Honorable Nancy Hershey Lord, at the United States Bankruptcy Court, for the Eastern District of New York, located at 271 Cadman Plaza East Brooklyn, NY 11201 Courtroom 2529 on January 6, 2015 at 11:00am in the forenoon of that Day, or as soon thereafter as counsel may be heard, for an Order pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007 (a) disallowing claims numbers 10 and 11 filed by the State of New Jersey – Division of Taxation and (b) such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, must be served upon the undersigned at least seven (7) days prior to the return date of this motion and must be filed with the bankruptcy court not later than one (1) day following the date of service.

Dated:  Floral Park, NY
          November 17, 2014

                                                         /s/ Gus Michael Farinella
                                                         _____

Gus Michael Farinella, Esq.
Attorney for the Debtor
110 Jericho Turnpike
Suite 100
Floral Park, NY 11001
(212) 675-6161